IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JOSEPH BALLARD,**<br><br>*Petitioner*,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>*Respondent.* | **CIVIL ACTION NO.**<br>**5:24-cv-268-TES-CHW**<br>**CRIMINAL ACTION NO.**<br>**5:19-cr-76-TES-CHW-1** |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 79] to grant the United States' Motion to Dismiss [Doc. 77] Petitioner Joseph Ballard's Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C. § 2255 [Doc. 74]. Petitioner did not file objections or request an extension of time to file objections; thus, the Court reviews the Recommendation for clear error. 28 U.S.C. § 636(b)(1).

Having considered the Recommendation, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's Recommendation [Doc. 79] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** the United States' Motion to Dismiss [Doc. 77] and **DISMISSES** Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence [Doc. 74] and **DENIES** any certificate of appealability.

[*signature and date on following page*]

**SO ORDERED**, this 27th day of March, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
