IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOSEPH BALLARD, | * |
| Plaintiff, | * |
| v. | Criminal Case No. 5:19-cr-00076-TES-CHW |
| | * |
| UNITED STATES OF AMERICA, | * Civil Case No. 5:24-cv-00268-TES-CHW |
| Defendant. | * |

## J U D G M E N T

Pursuant to this Court's Order dated 3/27/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 27th day of March, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk